**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CR-00126-002 LPR**

**ALEJANDRO VIRAMONTES FLORES**                                                     **DEFENDANT**

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. 72) as to the above-named defendant should be amended to reflect the following correction:

1) The FINE range is $30,000 to $10,000,000.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the changes listed above, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 3rd day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE